UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Juan Marquez;</u>
<u>Thomas Thompson; and</u>
<u>Christopher Robinson</u>
    Plaintiffs

    v.                         Case No. 08-cv-522-SM

<u>George Antilus; Jason Riley;</u>
<u>Ronald Potter; Nicholas Granville;</u>
<u>Vincent Williams; Todd Gordon;</u>
<u>Ryan LeVierge; John Does 1-5;</u>
<u>and James O'Mara, Jr., Superintendent</u>
<u>of the Hillsborough County</u>
<u>Department of Corrections</u>,
    Defendants

**NOTICE OF RULING**

    Re:  (Document No. 4)
        Defendants' Motion to Sever Plaintiffs and Claims

    Ruling: Granted. The plaintiffs' respective claims are each unique to them as individuals, involving different times, places, defendants, and events. The clerk will assign a separate case number to two defendants (one each). This judge will preside over the severed cases. As the incidents and circumstances giving rise to the cases are different there appears to be no reason to consolidate the cases for discovery purposes. But, of course, counsel can agree to use discovery taken in one case in the others to the extent it might apply and resources might be conserved, and, it might otherwise be useable under applicable procedural and evidentiary rules.

Entered by:  Steven J. McAuliffe, Chief Judge

Dated:  March 10, 2009

cc:  Michael J. Sheehan, Esq.
    Elizabeth L. Hurley, Esq.
    John A. Curran, Esq.