UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Juan Marquez,
    Plaintiff

    v.                                      Civil No. 08-cv-522-SM

Ryan Levierge, Todd Gordon,
George Antilus, Nicholas
Granville, Jason Riley,
Ronald Potter, Vincent
Williams, John Does 1-5,
and Hillsborough County,
    Defendants

**O R D E R**

A pretrial status conference was held on March 5, 2010. Michael J. Sheehan, Esq., appeared on behalf of the plaintiff. John A. Curran, Esq., appeared on behalf of the defendants.

The parties have not seriously discussed settlement, but have at least initiated that process. The case is referred to the Magistrate Judge for mediation after June 1, 2010.

Trial is rescheduled to commence with jury draw on August 3, 2010.

**SO ORDERED.**

                                                    Steven J. McAuliffe
                                                  Chief Judge

March 5, 2010

cc:  Michael J. Sheehan, Esq.
     John A. Curran, Esq.
     Elizabeth L. Hurley, Esq.