UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Juan Marquez</u>,
    Plaintiff

    v.                                                   Civil No. 08-cv-522-SM

<u>Hillsborough County,</u>
<u>Ryan Levierge, Todd Gordon,</u>
<u>George Antilus, Ronald Potter,</u>
<u>Jason Riley, Nicholas Granville,</u>
<u>Vincent Williams, and John Does 1-5</u>
    Defendants

**O R D E R**

It appears that the plaintiff <u>did</u> make an effort to exhaust administrative remedies available to him before filing suit. Defendants contend, however, that plaintiff's efforts were irregular and ineffective.

Within 14 days of the date of this order defendants shall file a well-supported legal memorandum addressing their position regarding exhaustion in light of plaintiff's having filed a grievance form.  Plaintiff shall respond within 14 days after defendants' memorandum is filed.

Trial is continued until November of 2010.

**SO ORDERED.**

                                                                _____
                                                                Steven J. McAuliffe
                                                                Chief Judge

July 27, 2010

cc:   Michael J. Sheehan, Esq.
      John A. Curran, Esq.
      Elizabeth L. Hurley, Esq.